STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**04-79 consolidated with 04-78 & 04-80**


**SABINE MANUFACTURING, INC.**

**VERSUS**

**SABINE PARISH POLICE JURY & SHERIFF GUFFEY PATTISON**

**********

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 56,109 C/W 56,087 & 56,655
HONORABLE STEPHEN BRUCE BEASLEY, DISTRICT JUDGE

**********
**ULYSSES GENE THIBODEAUX
CHIEF JUDGE**
**********

Court composed of Ulysses Gene Thibodeaux, C.J., Glenn B. Gremillion, and John B. Scofield[*], Judges.

**SCOFIELD, J., DISSENTS AND ASSIGNS WRITTEN REASONS**.


                                                        **AFFIRMED.**

**Honorable Don M. Burkett**
**District Attorney**
**P. O. Box 1557**
**Many, LA 71449**
**Telephone: (318) 256-6246**
**COUNSEL FOR:**
        **Defendant/Appellant - Sabine Parish Police Jury and Sheriff Guffey Pattison**

**Donald G. Kelly**
**KELLY, TOWNSEND & THOMAS**
**P. O. Box 756**
**Natchitoches, LA 71458-0756**
**Telephone: (318) 352-2353**
**COUNSEL FOR:**
        **Plaintiff/Appellee - Sabine Manufacturing, Inc.**

THIBODEAUX, Chief Judge.

---

[*]Honorable John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.

For the reasons discussed in the consolidated case of *Sabine Parish Police Jury v. Commissioner of Alcohol & Tobacco Control*, 04-78 (La.App. 3 Cir. ___/20__), ___ So.2d ___, the judgment of the trial court is affirmed. Costs of this appeal, in the amount of $1,394.28, are assessed equally to appellants, Sabine Parish Police Jury and Sheriff Guffey Pattison.

**AFFIRMED.**

1